AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ANDREW JAMES BAYLESS,<br><br>*Defendant(s)* | Case No. 18-6158-Seltzer |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 3, 2018** in the county of **BROWARD** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1029(a)(4) | Fraudulent possession of device-making equipment. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Nemanja Nikolic, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 17, 2018

*Judge's signature*

City and state: Fort Lauderdale, Florida      Hon. Barry S. Seltzer, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Nemanja Nikolic, having been duly sworn, do hereby state as follows:

1. I am currently assigned to the Miami Field Office of the Federal Bureau of Investigation ("FBI") and I have been a Special Agent since May 2017. Prior to joining the FBI, I was a SWAT Operator with the Special Counter-Terrorism Unit for the Ministry of Internal Affairs in Serbia for approximately three years. Before that, I served as a Police Officer for the Ministry of Internal Affairs, Belgrade Police Department in Serbia for approximately two years.

2. I am submitting this affidavit for the limited purpose of establishing probable cause in support of the attached criminal complaint charging Andrew James Bayless (hereinafter "BAYLESS") with knowingly, and with the intent to defraud, possessing device-making equipment. I base the facts in this affidavit upon my personal knowledge, as well as information obtained from interviews conducted by law enforcement, and records, documents and other evidence gathered pursuant to lawful legal process. Because this affidavit is submitted solely in order to establish probable cause in support of the attached complaint, this affidavit does not include every fact or detail known to me or to other law enforcement officers about the investigation.

## PROBABLE CAUSE

3. The FBI and ATF have been investigating BAYLESS, and others, for the possession of device-making equipment in furtherance of access device fraud, among other offenses. Communications intercepted during a video and audio recorded meeting and through consensually recorded telephone calls utilizing a Confidential Source (hereinafter "CS")[1] show that BAYLESS is participating and has previously participated in access device fraud.

---

[1] The Confidential Source was identified during an investigation in 2014 as a participant in fraud and identity theft ventures, and s/he is actively cooperating in exchange for a possible reduction in CS's sentence, which CS anticipates

4. On March 8, 2018, the CS, in the presence of law enforcement, reached out by telephone to BAYLESS. BAYLESS did not answer, but shortly thereafter, and in the presence of law enforcement, BAYLESS called the CS. Your affiant believes during the conversation, which was recorded, BAYLESS was asked about "slip and slide" a code word used by the CS to reference the physical credit card in which information could be written. BAYLESS stated, "Yeah, I got that." BAYLESS explained that he needed "info" in reference to Personally Identifiable Information (hereinafter "PII"). BAYLESS stated he had "all the tools," which your affiant believes was an admission of his possession of device-making equipment. BAYLESS then explained that he previously obtained PII from a website with the domain name of "U-N-I-C-C."[2] BAYLESS stated that the website has since been shut down and money from his account was gone. The website required a fee of $100 to reactivate the account again. Since BAYLESS was not able to utilize "UNICC" services any more, BAYLESS introduced the CS to another website, which will be referred to herein as "Website X." According to BAYLESS, Website X sold "dumps with the pin." BAYLESS told the CS "dumps is what we use to write the card," which your affiant believes was a reference to the credit card information with pin numbers. Further during the recording, BAYLESS offered the CS to partner up and split a $200 registration fee for Website X.

---

as a result of criminal charges that have yet to be filed against him or her. Since the beginning of the CS's cooperation, s/he has been charged with two driving offenses and is currently under a civil order for arrest due to child support arrears. The CS has provided information to law enforcement in multiple other investigations that has been independently corroborated and resulted in arrests.

[2] A federal grand jury returned a second superseding indictment for racketeering in the United States District Court, District of Nevada, Case 2:17-cr-00306-JCM-PAL filed on January 30, 2018. Among the defendants was AUDREY SERGEEVICH NOVAK, who was alleged to be a member of the Infraud organization who allegedly sold compromised credit card dumps (compromised credit card account data) of Nevada cardholders from his Automated Vending Site "unicc.at" to an undercover agent for Homeland Security Investigations. Your affiant believes that "unicc.at" is the internet website that BAYLESS is referring to during the conversation.

5. On March 28, 2018, the Honorable Lurana S. Snow, United States Magistrate Judge of the Southern District of Florida, signed a search warrant authorizing the search of BAYLESS's residence. On April 3, 2018, law enforcement executed the search warrant for BAYLESS's residence. During the search of BAYLESS's residence, law enforcement seized a beige credit card reader/writer, multiple white blank credit cards, and laptop computer. Further, law enforcement seized a sheet of paper listing a website known to be a place where individuals could purchase disposable email accounts, six websites known to be places where individuals could purchase stolen credit card information including a website with the domain name of "U-N-I-C-C." BAYLESS was not present at the execution of the search warrant but returned to the parking garage area of his residence and was detained. BAYLESS was escorted to his residence. BAYLESS was in possession of his iPhone. On April 12, 2018, the Honorable Barry S. Seltzer, United States Magistrate Judge of the Southern District of Florida, signed a search warrant authorizing the search of BAYLESS's iPhone.

6. BAYLESS's laptop computer and iPhone continue to be forensically reviewed by FBI analysts. The preliminary search results of BAYLESS's iPhone have revealed images and videos of seven (7) Drivers Licenses of unknown individuals and several sheets of paper containing sixteen (16) credit card numbers with an expiration date, security code and a name of the cardholder. The preliminary search results of BAYLESS's laptop computer have revealed that BAYLESS accessed "UNICC" website on multiple occasions.

7. Back on April 3, 2018, BAYLESS was advised of and waived his *Miranda* rights and gave an audio recorded interview. During the interview, BAYLESS acknowledged that he had card reader/writer, multiple blank cards, and the sheet of paper in his possession, but stated those items belonged to an individual he knew as Deuce, who was in possession of other device-making

3

equipment, as well. BAYLESS stated: "Deuce has all that material. I have never worked with him and I have never seen the embosser in real life. The only thing, the only way, I have ever seen it was he sent me a video of that," and later stated, "Of the embosser. Like, of him, like with his little set up. He sent me the video," BAYLESS showed law enforcement the video on his smartphone which depicted two laptop computers with the embosser between them and multiple credit cards lined up on the desk.

8. During the interview, BAYLESS also informed law enforcement that he contacted an individual who posted a Craigslist advertisement a couple of months ago. The advertisement contained an offer "Make $4,000 in two days." BAYLESS received a response from an Unidentifiable Individual (UI) who told BAYLESS that his (UI's) uncle worked for a company as Senior Loan Processor. Further, the UI explained to BAYLESS that his (UI) uncle had the power to put the loan in the loan forgiveness program so that the people would not need to pay it back. UI offered BAYLESS a part of the profit if he (BAYLESS) found and brought individuals interested in the Craigslist advertisement. UI then provided BAYLESS with a "storyline" on how to approach and solicit individuals for PII (Personally Identifiable Information) via text message. BAYLESS admitted that he did so, and solicited and obtained names, addresses, dates of birth, and mobile bank account login information for banking applications. BAYLESS admitted that he, in turn, would send the information he obtained to the UI using the TARGET DEVICE. BAYLESS estimated he did this three or four times and that it occurred in the previous month or two.

## CONCLUSION

9. Based on the foregoing facts, your Affiant submits that probable cause exists to believe that Andrew James Bayless committed the unlawful possession and use of device-making equipment, in violation of 18 U.S.C. § 1029(a)(4).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Nemanja Nikolic, Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me in
Fort Lauderdale, Florida on this ___ day of April, 2018.

_____
HON. BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-6158-Seltzer

UNITED STATES OF AMERICA

vs.

ANDREW JAMES BAYLESS,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __x__ No

                      Respectfully submitted,

                      BENJAMIN G. GREENBERG
                      UNITED STATES ATTORNEY

BY: _____
       JONATHAN KOBRINSKI
       ASSISTANT UNITED STATES ATTORNEY
       Court No. A5501893
       99 N. E. 4th Street
       Miami, Florida  33132-2111
       TEL (305) 961-9074
       FAX (305) 530-7976